EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, v. NEW ROCHELLE TRUST COMPANY, as Executor of GERTRUDE A. ALDERDICE, Deceased, Respondent. (Appeal No. 1.) —

No opinion.   Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.